# UNITED STATES DISTRICT COURT

for the

Western District District of N. Carolina

______ Division

FILED
ASHEVILLE, NC

DEC 09 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Mike Gallagher
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Amanda Edwards
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:25-cv-436-MR-WCM
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mike Gallagher |
| Street Address | 167 Neponset Street |
| City and County | Canton, ~~Massachusetts~~ Norfolk |
| State and Zip Code | Massachusetts, 02021 |
| Telephone Number | 716-990-9968 |
| E-mail Address | Irishrover2026@aol.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Amanda Edwards (Chair) Buncombe County Commissioners |
| Job or Title *(if known)* | |
| Street Address | 200 College Street |
| City and County | Asheville, Buncombe |
| State and Zip Code | N. Carolina 28801 |
| Telephone Number | 1-828-250-4100 |
| E-mail Address *(if known)* | ? |

(*) I ~~to acceptable~~ ~~I have changed~~ my mind ~~I want to sue this person for $50,000 – $100,000~~

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

(*)(*)(*) If I can not sue for this amount because of diversity of citizenship then I want to sue for $25,000 – $70,000 since this is a federal question

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

(You don't know my Anger + pain to this day)

I have 0 family, 0 friends that is okay!!! I have had 6 dogs (including my boy Spike), 4 cats all my animals have been my family no one in this country has been there for me other than my animals I don't care how long ago this happened I am fighting this Issue!!!

I came 3,000 miles from Seattle for my dog Spike!!!

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

*If any law prevents me compensation I will take this to a Supreme Court

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Dog Larceny is a Class 1 Felony, N. Carolina General Statutes 14-81, 14-84 (I am fighting any law, you don't know my Anger, Anger, Anger, Anger, Pain, Pain, Pain, Pain I have gone through since my child (Spike) was stolen. What gives this woman or any politician the single right to write laws on Larceny or Animal Care -000,000,000

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* __________, is a citizen of the State of *(name)* __________

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* __________, is a citizen of the State of *(name)* __________. Or is a citizen of *(foreign nation)* __________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

______________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I don't care ///// I came 3,000 miles to get my dog (Spike) back. This ~~am~~ Amanda Edwards is the cause of me not getting my dog (Spike) back. ~~This~~ If the Asheville Police, Buncombe County Sheriff. and Black Mountain Police would have done ~~their~~ there Job - Denise Bitz ~~would have been arrested (I called all 3~~ from a homeless shelter in Seattle, Washington up to 50 times, the Police did shit. Her writing laws prevented me from getting Spike

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. You think the value of a animal is minimal try living on your own for 35 years like me. If someone's child is stolen or hurt people would be compensated. I have lived under the poverty guidelines ~~m~~ about 95% percent of my life yet I was always able to care for my animals health and care. My pets have been my life no one in this country gives 2 shits about me, reason for having this country.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-4-2025

Signature of Plaintiff: M. Gallagher

Printed Name of Plaintiff: Michael Gallagher

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address